UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LAURA M. PERILLO, on behalf of herself and all
others similarly situated,

       Plaintiff(s),    Docket No.: 14-CV-5268

-against-

              **ORDER**

MIDWEST THOROUGHBREDS, INC.,
MIDWEST CUSTOM CARE, INC.,
RICHARD PAPIESE

       Defendant(s).
-----------------------------------------------------------X

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 11 2016 ★

LONG ISLAND OFFICE

**ORDER**

1. On January 19, 2016, the parties advised the Court that the above captioned case was resolved to the parties' mutual satisfaction.

2. On January 21, 2016, the Court issued an Order scheduling an approval of the settlement hearing for February 11, 2016 at 9 a.m. Plaintiff was directed to fax a copy of the settlement agreement to the court for an in-camera review at least 24 hours prior to the hearing.

3. On February 9, 2016, after receiving consent from counsel for Defendants, Plaintiff's counsel submitted the settlement agreement for the Court's review and approval.

4. On February 11, 2016, counsel for Plaintiff, Aneeba Rehman of Pervez & Rehman, P.C., appeared for the scheduled hearing. However, neither Daniel Hughes nor Clark O. Brewster, counsel for Defendants, appeared at the scheduled conference.

5. **IT IS HEREBY ORDERED** that due to Defendants' counsels' failure to appear, the Court holds Defendants' counsel in contempt. The Court sanctions counsel for

*ADS/USDJ*

Defendants' in the amount of $900.00 to be paid to Plaintiff's counsel, Pervez & Rehman, P.C. as attorneys fees *within 10 days of the date of this order*

6. **IT IS FURTHER ORDERED** that the hearing to approve the settlement agreement has been adjourned to February 12, 2016 at 9 a.m.

**SO ORDERED:**

*Arthur D. Spatt*
Arthur D. Spatt
United States District Judge

Dated: February _11_, 2016
           *11:30 AM*